JULIA MILLER, Respondent, v. MORRIS DICKMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

WILLIAM EDWARD MILLER, Respondent, v. MORRIS DICKMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ANNA M. MATTHEWS, Respondent, v. WILLIAM THORNE MATTHEWS, Appellant.— Second amended judgment entered February 1, 1927, *nunc pro tunc* as of March 14, 1925, so far as appealed from, affirmed. Order entered February 1, 1927, so far as appealed from, affirmed. Appeals from judgment entered March 14, 1925, and from first amended judgment entered March 24, 1925,* and from order entered March 24, 1925,* dismissed, with costs to respondent. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ZORA REALTY COMPANY and Others, Defendants, Impleaded with ELIZABETH J. COX and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE O'NEILL, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

JOHN MCQUILLAN, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin and O'Malley, JJ.

LOUIS S. LEVINSON, Respondent, v. THEODORE BLUM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin and O'Malley, JJ.

PUBLISHERS PRESS, Respondent, v. FEDERAL TELEGRAPH COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, Martin and O'Malley, JJ.

HUGH J. SHEERAN, as Receiver of the NEW YORK RAILWAYS COMPANY, Appellant, v. MEADE TRANSFER COMPANY, Defendant, Impleaded with TERRY & TENCH COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.